COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN THE INTEREST OF K.M. AND H.M.,      §
CHILDREN

§

§

No. 08-12-00170-CV

Appeal from the

65th District Court

of El Paso County, Texas

(TC# 2007CM5178)

### MEMORANDUM   OPINION

Appellant, Humberto Mena, has moved to dismiss his appeal against Appellee, Kristina Mena.   As permitted by the Rules of Appellate Procedure, this Court may dismiss an appeal "[i]n accordance with a motion of appellant . . . unless [dismissing the appeal] would prevent a party from seeking relief to which it would otherwise be entitled."   TEX.R.APP.P. 42.1(a)(1).   The motion to dismiss has been on file with this Court more than ten days, and indicates it has been served upon each attorney of record.   The certificate of conference attached to the motion indicates that the motion is unopposed.   Because Appellant has complied with the requirements of Rule 42.1(a)(1) and no opposing party has sought relief, we grant the motion to dismiss and dismiss the appeal.   As set out in the motion, each party will bear their own costs.   *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

August 15, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.